IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUINCE A. THOMPKINS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-96 (MTT) |
| ) | |
| CAROLYN W. COLVIN, Commissioner ) | |
| of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 13). The Magistrate Judge recommends affirming the Commissioner's decision because it is supported by substantial evidence and is based on proper legal standards. The Plaintiff has objected to the Recommendation. (Doc. 14). Specifically, the Plaintiff objects to the Magistrate Judge's finding that the ALJ properly evaluated the opinions from treating psychiatrist Dr. Barton and examining psychologist Dr. Rose, and to the finding that the ALJ properly evaluated the Plaintiff's credibility.

The Court has thoroughly considered the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. As the Magistrate Judge explained, the ALJ clearly articulated "good cause" for discounting Dr. Barton's opinion and sufficiently explained the grounds for giving greater weight to Dr. Rose's opinion. The ALJ adequately explained his assessment of the Plaintiff's credibility after thorough evaluation of the Plaintiff's medical condition and

other relevant evidence in the administrative record.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  The decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**, this 15th day of September, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
